IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01336-WYD-MJW

KAREN TATMAN,

Plaintiff,

v.

A.P.I. ALARM MONITORING, INC., et al.,

Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**U.S. Magistrate Judge**

      It is hereby ORDERED that Plaintiff's Motion for Protective Order (docket no. 40) is DENIED.  All counsel are directed to D.C.COLO.LCivR 30.3.  All counsel are placed on notice that any violation of D.C.COLO.LCivR 30.3 may result in sanctions being imposed against such offending counsel.  This court expects that all counsel conduct themselves professionally and with common courtesy.

Date:  March 5, 2007